IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera
Court Reporter:    Kara Spitler                              Date: February 26, 2013
Interpreter:       Melinda Gonzales-Hibner     Probation: Katrina Devine

Criminal Action No. 12-cr-00135-RBJ

*Parties*:                                         *Counsel*:

UNITED STATES OF AMERICA,           Michelle Heldmyer (by video conference)

    Plaintiff,

v.

MIGUEL REYES-ROBLES,                   Stephen Laiche
                                                         Kenneth Eichner
    Defendant.

### SENTENCING MINUTES

**Court in session:**     1:17 p.m.

Appearances of counsel.

Defendant is present on bond.

Interpreter sworn.

Statement from Arturo Reyes, Luce Reyes and Angel Reyes on behalf of the defendant.

Defendant's counsel, Mr. Eichner, makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Government's Exhibits 1-6 are tendered to the Court.

Counsel for the government and Special Agent Tim Stanley address the Court regarding sentencing.

Defendant and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on October 17, 2012 to Count Two (2) and Count Six (6) of the Indictment.

**ORDERED:**    Defendant Reyes-Robles' Motion for a Variant Sentence #[81] is GRANTED.

**ORDERED:**    Defendant shall be **imprisoned** for **thirty (30) months** as to Count Two and **thirty (30) months** as to Count Six, to be served concurrently.

Court RECOMMENDS that defendant receive credit for **four (4)** days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant as close to reasonably practical and possible to Grand Junction.

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3 years** as to Count Two and **3 years** as to Count Six, to be served concurrently.

**ORDERED:**    **Conditions** of Supervised Release that:
- (**X**)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)    Defendant shall not commit another federal, state or local crime.
- (**X**)    Defendant shall not possess a firearm or destructive device.
- (**X**)    Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**    **Special Condition** of Supervised Release that:
- (**X**)    Defendant shall have no contact with the Sinaloa cartel.
- (**X**)    Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(X) The defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

(X) The defendant shall not engage in any business activity unless the activity is approved by the probation officer. Any approved business activity must operate under a formal, registered entity. For any approved business activity, the defendant shall provide the probation officer with the names of all business entities and their registered agents. The defendant shall not register any new business entity, foreign or domestic, without the approval of the probation officer. The defendant shall not cause or induce others to register business entities on his behalf. For any approved business activity, the defendant shall maintain business records. The defendant shall provide all requested documentation and records to the probation officer regarding any of his business activities as requested by the probation officer. The defendant shall maintain separate personal and business finances and shall not co-mingle personal and business funds in any financial accounts, including but not limited to bank accounts and lines of credit.

(X) The defendant shall document all income or compensation generated or received from any source and provide such information to the probation officer as requested.

(X) The defendant shall timely file all federal and state personal and business income tax returns during the term of supervised release.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant may surrender voluntarily as follows: Report within 15 days once the facility has been designated.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Order of forfeiture is entered.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**Court in recess:**     2:59 p.m.

Hearing concluded.

Total time:     01:42