IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Action No.   12-cr-00135-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Miguel Reyes-Robles,

      Defendant.

___

ORDER EXONERATING BOND

___

      This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

      **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.   It is further

      **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the

x

defendant.

DATED at Denver, Colorado, this 11th day of December, 2014.

BY THE COURT:

UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO